No. 880. BYRAM ET AL. *v.* MINER ET AL. May 25, 1931. Petition for writ of certiorari to the Circuit Court of Ap-

peals for the Eighth Circuit denied. *Messrs. Arthur C. Erdall* and *F. W. Root* for petitioners. *Messrs. Mortimer H. Boutelle* and *Frederick M. Miner* for respondents.